**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 11, 2024

*Modified per underlined portion below.*

*Robert W. Lehrburger*
*10/11/2024*

**BY ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ronald Hanible*, 24 Mag. 3562

Dear Judge Lehrburger:

The defendant in this case appeared before Your Honor on October 8, 2024 for presentment under Federal Rule of Criminal Procedure 5(c)(3) after being arrested in this district on a warrant stemming from a violation of supervised release in the Eastern District of Pennsylvania. At the presentment, the Court ordered that the defendant be transferred to the Eastern District of Pennsylvania by no later than October 15, 2024.[1] (Dkt. No. 2.) After conferring with the United States Marshals Service and defense counsel, the Government writes to respectfully seek modification of that order in light of the significant cost and disruption that it would entail.

According to the Marshals Service, transfer from New York City to Philadelphia through the usual process for prisoner transfers ordinarily takes approximately two to three weeks, depending on the timing of departures from the Metropolitan Detention Center. Thus, while the Marshals Service would of course make every effort to comply with Your Honor's order if left unmodified, doing so would require removing a team of deputies from their usual duties for up to a full day.

The Government therefore respectfully requests that the Court modify the above order so as to require that the defendant be transferred to the Eastern District of Pennsylvania forthwith and as soon as practicable under the ordinary process for federal prisoner transfers, and in any event no later than his next court appearance in that district, which has been scheduled for October 29, 2024, at 10:00 a.m.

Defense counsel does not object to this application and requested to convey the following: The defense does not object to this application, but respectfully requests that the Court's order direct the U.S. Marshals Service to transport Mr. Hanible to the Eastern District of Pennsylvania

---

[1] At the presentment, the defendant also consented to detention pending a bail hearing that was to occur on October 10, 2024. On the morning of October 10, the Marshals Service reported that the defendant refused to come to court because he no longer wished to make a bail argument.

as expeditiously and quickly as possible, without unnecessary delay and no later than October 29, 2024.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                               By: _____
                                        Getzel Berger
                                        Assistant United States Attorney
                                        (212) 637-1061

cc:      Andrew Dalack, Esq. (by ECF)